IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE:

DRO 15R, LLC, a Florida limited liability
Company,
     Debtor.

_____/

CASE NO.: 22-12017-LMI

DRO 15R, LLC, a Florida limited liability
company,
     Plaintiff,

v.

Adv. No.: 22-01130-LMI

AJR HOLDINGS, LLC, et. Al.
     Defendant(s).

_____/

## MOVANT RAZ OFER'S MOTION FOR RECUSAL PURSUANT TO 28 U.S.C. §144 AND §455

MOVANT, Raz Ofer, submits his motion for the presiding judge to recuse herself from the instant matter pursuant to 28 U.S.C. §144 and 28 U.S.C. §455. In support of the motion, the following is stated for the record:

1. Due to events that occurred between 11/14/2022 – 11/18/2022, I file this motion to recuse Judge Isicoff for the reasons stated below. It is without a doubt that Judge Isicoff committed a Felony of the second Degree, at the very least, see below, let alone that it seems she is implicated in other criminal activities.

2. I filed on Monday, 11/14/2022, a notice of filing a recording, the notice elaborates on the very serious issues discussed in the recording between Mr. Stuart Kalb and Mr Roniel Rodriguez. See Exhibit A (the notice). The notice includes a link to the recording.

3. This is an unprecedented recusal motion as the presiding Bankruptcy Judge, Laurel Isicoff, seems to be implicated in criminal activities.

4. In my first motion to recuse Judge Isicoff, see exhibit B, I mentioned for the first time that I'm in possession of a recording between Messers Kalb/Rodrigues, discussing criminal activities in this case, such as grand theft (criminal). I made it clear that this recording was made in a public place without reasonable expectation of privacy, so it is legal. In this case it was in a public building with many other people passing by constantly. See below explanation of reasonable expectation of privacy. In the first recusal motion (Exhibit B), Judge Isicoff appears to be implicated in other criminal activities, like assisting Antisemitism, etc, see exhibit B.

5. <u>5.</u> Under Fla. Stat. § 934.03(2)(d). Under the statute, consent is not required for the recording of an oral communication spoken by a person who does not have a reasonable expectation of privacy in that communication. One has the right to record you or anyone else without consent in areas without reasonable expectation of privacy.

<u>6.</u> What is a reasonable expectation of privacy Florida? (c) "Place and time when a person has a reasonable expectation of privacy" means a place and time when a reasonable person would believe that he or she could fully disrobe in privacy, without being concerned that the person's undressing was being viewed, recorded, or broadcasted by another, including, but not limited .

<u>7.</u> In Florida, it is illegal for a person to intercept or record a conversation without the consent of all parties to the conversation, unless the conversation takes place in a public place where there is no reasonable expectation of privacy.

<u>8.</u> So Judge Isicoff knew full well that the recording was made in a public place without reasonable expectation of privacy so this should have been very clear as to the facts surrounding the recording.

<u>9.</u> At a hearing on 11/15/2022 after my Lawyers, Mark Roher (Mark) and David Winker (David) spoke, I spoke and pointed out that in the recording Kalb/Rodriguez say that a Bankruptcy Judge might rule that their actions amount to Grand Theft (Criminal). Rodriguez isn't saying it is not a grand theft, but instead replying to Kalb 'but Raz can do nothing as it is over than a year ago'…..Kalb/Rodriguez 'forgot' that in criminal activities there is no limit of 1 year, the 1 year is only for civil action. For other issues mentioned in the recording see Exhibit A (Notice with a link to the recording). Judge Isicoff listened and seemed very nervous and looked to the floor, I looked at her, I think her face became white, she seemed shaken, she knew she has been caught.

<u>10.</u> I added in this hearing on 11/15/2022, that far more worrying is the fact that Kalb is saying in the recording that 'Laurel Isicoff can find a way'. The recording was made in January 2022, my company, DRO, filed for Bankruptcy in March 2022, so some 2 months before the filing, Kalb already knew that Laurel Isicoff is going to be the Judge….When I mentioned it, Judge Isicoff flipped and was screaming 'I already said that recording is a felony'. I replied that this recording took place in a public place without expectation of privacy (see clarifications above for expectation of privacy).

<u>11.</u> This gave me the impression that judge Isicoff was threatening me to hide her involvement in the matter. Her threat was made as a result of an extra-judicial source originating from the recording which, itself gave the distinct impression of impropriety.

<u>12.</u> The only time I mentioned the recording was in my first recusal motion, Exhibit B. So Judge Isicoff was not telling the truth, to put it mildly, she never said what she claimed to have said. Judge Isicoff also added that she was going to strike the recording and demanded that I don't mention it anymore. Indeed she did it, she thought this way she can conceal her crimes.

<u>13.</u> So Judge Isicoff was threatening me with baseless and fabricated criminal charges, once I said that she seems to be implicated with Kalb/Rodriguez criminal activities. In other words, she threatened me with a criminal complaint in

an attempt to blackmail or extort me not to use the recording and also to destroy it. She had a clear motive, it appears that she is implicated in a criminal conspiracy to steal a $12M building and give it to people who paid $5 (five dollars) in a fabricated share sale. Criminal activity requires a motive and Judge Isicoff clearly had the motive, a super motive, which is to protect herself from criminal investigation and criminal prosecution.

14. I rehearsed what I was going to say at this hearing on 11/15/2022 with other Lawyers, not Mark and David. We agreed that Judge Isicoff will respond in one of two ways:

(a) She'll immediately request to listen to the tape, if she didn't already listen to it before the hearing and request to have Kalb & Rodriguez come and testify under oath in her Courtroom. In this scenario, I expected her to ask me to produce all other evidence, including the law enforcement party investigating these activities, for in camera inspection, so that she can fully assess the crimes committed in a case before her. If this was her response, it would have meant that she isn't implicated with their criminal activities, such as grand theft of $12M, etc. Unfortunately, this was not her response....We knew this would be the likely outcome, she is guilty. She fought not to bring these guys to testify under oath in her Courtroom, the opposite to what any other Judge would do; or

(b) She would refuse to listen to the recording and threaten me with criminal consequences. In this scenario, she admits that she's implicated with the criminal activities. We knew that 8.2 is likely to happen......It is unthinkable that a Judge would proceed with a case knowing that a legal recording exists where one party admitting to have committed a Grand Theft, etc.

It seems clear that Judge Isicoff knows that this case is a grand theft and she is part of it, or helping her friend who is part of the 'scheme'.

15. I have asked a prominent criminal Lawyer to assist in bringing a criminal complaint against Judge Isicoff, as this clearly appears to suggest she is involved with these criminal activities.

16. Due to the serious nature of Judge Isicoff actions, including threats of bringing fabricated criminal charges, intimidation, lies, etc Judge Isicoff must recuse herself and step down as a Judge pending disciplinary action and possible criminal prosecution. Unfortunately, the evidence against her is overwhelming. In addition, her fabricated threats did have a detrimental effect on my health, I lost my consciousness in the afternoon after the hearing. It is unthinkable that Judge Isicoff will continue to preside over my case while I initiated a criminal complaint against her and also pending a lawsuit against her personally for damages to my health. See below details of what constitutes malicious threats or extortion. By saying that recording is a felony, she attempted to blackmail or extort me into not mentioning this recording anymore, not in Court and not with Law Enforcement.

17. The actions that Judge Isicoff took that were directed at me amount to a second degree felony in Florida because it was a malicious threat.

18. Under Fla. Stat. §836.05, "Whoever, either verbally or by a written or printed communication, maliciously threatens to accuse another of any crime or offense, or by such communication maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose another to disgrace, or to expose any secret affecting another, or to impute any deformity or lack of chastity to another, with intent thereby to extort money or any pecuniary advantage whatsoever, or with intent to compel the person so threatened, or any other person, to do any act or refrain from doing any act against his or her will, shall be guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084."

19. In another hearing, Judge Isicoff all of a sudden asked me 'If I've kids', I was shaken, this is a breach of privacy laws'. I was terrified as I thought she asked it in public so that the other party, Kalb & Rodriguez, can try to physically hurt me, I didn't answer her question. It was a clear harassment and a threatening comment.

20. At the end of the hearing on 11/15/2022, the other party's Lawyer, Mr. Rosendorf, Judge Isicoff's former law partner, asked her to ensure that the recording is removed from the record, she astonishingly confirmed it without any evidentiary hearing or formal inquiry to determine whether there was any validity to the recording and what it might be implicating or what affect that it may have on the case.

21. Mr Rosendorf also read the first recusal motion and knew the recording took place in a public place. Apparently, Mr Rosendorf is also implicated in Kalb/Rodriguez criminal activities, they must have explained to him why they think it is a Grand Theft.

22. This is clear that the malicious threat that Judge Isicoff made against me that the recording is a felony when there is a clear admission to it being made in public amounts to a bias that she is in favor of Ajar and has prejudice to me. Otherwise, there would not be a need to threaten me maliciously with criminal prosecution because her name is mentioned in this recording implicating her at a time that the bankruptcy was not even filed.

23. It is truly obvious that Judge Isicoff's impartiality in this case could be question by any reasonable person. When a federal judge makes a threat of a referral of prosecution as a result of me attempting to protect my rights of my property being stolen from me inequitably and I question her name being in a recording by the people who stole the property, what reasonable person would say that her threat of criminal prosecution was NOT an attempt to pressure me to stop implicating her further in the criminal activity.

## ARGUMENT AND LAW SUPPORTING THE RECUSAL

I claim here that the judge should recuse herself under two statutes, 28 U.S.C. §§ 144, 455. Section 144 mandates that a district judge "shall proceed no further" when "a party . . . makes and files a timely and sufficient affidavit that the judge . . . has a personal bias or prejudice" for or against any party. Id. § 144. "To warrant recusal under § 144, the moving party must allege facts that would convince a reasonable person that bias

actually exists." *Christo v. Padgett*, 223 F.3d 1324, 1333 (11th Cir. 2000). Section 455 requires recusal when a district judge's "impartiality might reasonably be questioned" or when the district judge "has a personal bias or prejudice concerning a party." 28 U.S.C. § 455(a), (b)(1). "Under § 455, the standard is whether an objective, fully informed lay observer would entertain significant doubt about the judge's impartiality." *Padgett*, 223 F.3d at 1333. "Judicial rulings alone almost never constitute a valid basis for a bias or partiality motion." *Liteky v. United States*, 510 U.S. 540, 555, 114 S. Ct. 1147, 127 L. Ed. 2d 474 (1994). The case law makes clear that disqualification must be supported by a factual predicate for the alleged bias. *United States v. Bayless*, 201 F.3d 116, 126-127 (2nd Cir. 2000), quoting *SEC v. Drexel Burnham Lambert Inc.*, (In re *Drexel Burnham Lambert Inc.*), 861 F.2d 1307, 1313 (2d Cir. 1988)["existence of the appearance of impropriety is to be determined 'not by considering what a straw poll of the only partly informed man-in-the-street would show[,] but by examining the record facts and the law ....'"]; *MacDraw, Inc. v. The CIT Group Equipment Financing*, 157 F.3d 956, 962 (1st Cir. 1998)[must have plausible factual basis to assert bias]; In re *United States*, 666 F.2d 690, 694 (1st Cir. 1981)["judge once having drawn a case should not recuse himself on a unsupported, irrational, or highly tenuous speculation ...."].

Here there is no doubt the factors that are a part of the record indicate that this motion should be granted and Judge Isicoff should recuse herself as disqualified from this case. The first issue to address is timeliness. This motion was entered within the ten days that the statute requires after knowledge of the event. The event happened at the Nov. 15, 2022 hearing. The motion is timely as it was filed on Nov. 21, 2022. Second, the motion is supported by the record and is not speculation. The recording did happen and all the parties heard it. The recording was on the record before Judge Isicoff ordered that it be struck from the record.

Next, I move onto the alleged conduct. Judge Isicoff threatened me from the bench with criminal prosecution which comes from the previously mentioned recording. In this recording, it clearly mentions Judge Isicoff's name at time which is unprecedented. First, the recording was done in January of this year, 2022. I did not authorize the filings of my bankruptcy cases until March 2022. Judge Isicoff's name is in a recording with people who are responsible for the theft of my building at a time when the case hadn't been filed or a judge selected. The recording is clear that the parties that oppose me were planning a strategy and they clearly knew or intended that Judge Isicoff would be the judge over the case to complete the theft of the building TWO MONTHS before the filing of the petition. Here we are, 11 months after the recording and 9 months after the petition being filed and Judge Isicoff is presiding over the case. But this is not new information. It supports the reason for this motion, the malicious threat of prosecution of a person who is doing his best to defend his constitutional property rights against theft.

In the Nov. 15 hearing, after mentioning Judge Isicoff's name as a party to the record, the tone changed totally. I was told that my recording and the fact that it was recorded was a felony in Florida. First, I'm not a dumb person. I'm very smart, and I know to do my research. I researched this matter and I knew that recording someone in a public space and there is no expectation of privacy at all and a person may record anything or

take pictures as they see fit. Everyone was on notice that I said that the recording was in a public place and this was said in my last motion for recusal. Section 934.03, Florida Statutes (2019), prohibits the interception or recording of private oral communications in Florida. Section 934.02(2), Florida Statutes (2019), defines an "oral communication" as "any oral communication uttered by a person exhibiting an expectation that such communication is not subject to interception under circumstances justifying such expectation and does not mean any public oral communication uttered at a public meeting or any electronic communication." Section 934.06, Florida Statutes (2019), prohibits the use of unlawfully intercepted oral communications as evidence, providing in pertinent part that "no part of the contents of such communication and no evidence derived therefrom may be received in evidence in any trial . . . if the disclosure of that information would be in violation of this chapter."

Finally, we come to the fact that Judge Isicoff is implicated in this recording. The bottom line again is how a federal judge's name is specifically called out in a recording two months before the filing of a case which would trigger the necessity of a judge being appointed? This is a serious problem because they talk about Judge Isicoff, by name, and that this specific judge will find a way to accomplish their plans. This is more than enough to make a reasonable person believe there is more than an appearance of bias. It highly suggests that there was a plan to get Judge Isicoff appointed to the case and a plan to have Judge Isicoff rule in a way for them to steal the building. All of this is documented evidence two months before the filing of the petition which started the case. When the judge was implicated that her actions were criminal, she immediately threated me with criminal prosecution of a felony offense for something that is not a crime in the state of Florida. It was a direct statement right after I tried to mention the recording. It would be sensible for a judge to inquire into the recording, not outright threaten a person with criminal prosecution because they bring it up because they believe crimes are happening. $12 Million is not a small amount of money and can make anyone rich. Its enough to influence many people. It influenced Kalb/Rodriguez to lie and steal from me.

There is more than enough proof that this motion should be granted and that Judge Isicoff shows a great deal of bias in favor of the other party and prejudice to me. Any reasonable person could see this. Judge Isicoff should recuse herself.

I Hereby swear and testify that the foregoing facts are true and correct and that they are made from my own knowledge, which is firsthand, under penalty of perjury.

Raz Ofer
646 431 7934
raz.ofer2@gmail.com

STATE OF FLORIDA

COUNTY OF MIAMI DADE

The person who signed above has appeared before me personally and is either known to me or has presented me with the following government issued identification to prove their identity sufficiently which was ___ 847  6fef _____ on this ___21___ day of ___November_____, 20_22_ .

_____
Notary Signature

[STAMP]

RAUL CHAVARRIA
COMMISSION # GG 953280
EXPIRES: March 6, 2024
Bonded Thru Budget Notary Services

EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DMSION
www.flsb.uscourts.gov

FILED-USBC, FLS-MIA
'22 NOV 14 PM 1:32

In re:

DRO 15RLLC,

Debtor.

_____/

Case No. **22-01130** - LMI

Chapter 11

## NOTICE OF FILING A RECORDING

RAZ OFER files this Notice of filing a recording of Stuart Kalb and Roniel Rodriguez of Ajar Holdings.

1. This recording was made at a corridor of a public building, as such it is legal. Law Enforcement is aware of it.

2. The recording took place in January 2022.

3. This is one of many recordings.

5. In this highly disturbing recording, which contains criminal activities, see below a link to the recording, Stuart Kalb is telling Rodriguez that Raz is going to file for Bankruptcy, and this isn't good for us (Kalb/Rodriguez). Stuart Kalb is saying that a Bankruptcy Judge could find that this is a 'Grand Theft' (I **wondered why ..... Grand Theft is criminal- So**

Kalb is saying that if a Bankruptcy Judge rules based on the Law, then it is a problem. Why it is a problem if a Bankruptcy Judge rules that this is a Grand Theft based on the Law, perhaps the Law needs to be changed? .. ).

Does Mr. Rosendorf know it was a grand theft, does he share their opinion that a Bankruptcy Judge might rule that this is a Grand Theft? Did he look at the case from the beginning and realized it is a grand theft? Did they tell him this is a Grand Theft? Now when he hears from his clients that a Bankruptcy Judge might rule that this is a Grand Theft, would he still represent them and risk being disbarred? No one in his right **mind** would. There is a saying that 'even honest people get blinded by the color of money. The issue here is not just money, but freedom••••

Rodriguez replies that it's over a year ago (Rodriguez is claiming **that** 'Grand Theft' is null and void if it's over than a year ago because it is a share sale, as this is the time a share sale can be

**challenged. Well, Rodriguez forgot that there is no 1-year limit on criminal activities, now he'll remember it .... ).** Kalb is reminding Rodriguez that we've (ORO) an appeal pending, and this is a problem **(So Kalb is saying that the appeal is a problem, so for Kalb the law is a problem, he's worried from the Law.....),** Kalb is saying to Rodriguez that we need to get rid of this appeal **(not that we've good legal arguments and we'll prevail based on the Law or why we would prevail, perhaps be means they need to use their connections with the Clerk....).** Kalb is saying that this could save us (if **the appeal is dismissed)** from Grand Theft. Rodriguez agrees with Kalb that this is a problem, saying that our deadline to file it is this weekend and it seems we might miss the deadline. Rodriguez is saying that a motion to dismiss is ready on his desk and will be filed the following day. As it happened, our Lawyer did miss the deadline by a day and the appeal was dismissed as untimely.

6. DRO filed for Bankruptcy in March 2022. This recording is from January 2022, some two months before the petition date. It is very disturbing and suspicious that in this recording when discussing the Grand Theft and Fraudulent Conveyancing, Stuart Kalb is saying that 'Laurel Isicoff can

find a way......'. So, Stuart Kalb knows in January 2022, before I filed for

Bankruptcy (March 2022), that Laurel Isicoff will be the Judge. Kalb is

not saying that a BK Judge 'can find a way', but Laurel Isicoff.

There are 3 options, either he knew that Judge Isicoff will be the Judge,

or he thought he can move it to Judge Isicoff, or that he preferred that

Judge Isicoff would be the Judge, all these options are terrifying.

7. Needless to say, at that time I did not know who Laurel Isicoff is or that
   she is a Judge, but Kalb not only knew who Laurel Isicoff is, but

   more importantly, that she will be the Judge in this case.The recording is

   veiy clear.

8. This recording is just a tip of the iceberg. This is the only recording I can

   disclose now, there are more, this case is a time bomb.

9. The link to the recording is https://drive.google.com/file/d/1NO3MKmXG12p-
   RtoK4tYjLHMX4TO4bmIv/view?usp=drivesdk

## This case is far worse than 'Grand Theft'.

## It is a time bomb with very serious consequences.

Dated this 14th day of November, 2022.

Respectfully submitted,

_slrazoferl_.

Raz Ofer

646 431 7934

raz.ofer2@gmail.com

2

## Case Number: 22-01128-LMI - Motion to Recuse Judge Isicoff, Filed by Raz Ofer

**Raz Ofer**

**Paramount Miami World Center**

**851 NE 1st Ave, Miami, FL 33132**

10/4/2022

Case Number - 22-01128-LMI

Judge Isicoff,

I now represent myself, PRO SE. Mark Roher represents DRO and David Winker represents Robert Mendez, Creative Direction, etc..

I'm doing this declaration, a motion to recuse yourself, under penalty of perjury.

I ask you to recuse yourself for the reasons stated below, some are serious issues. Based on the recusal statute, I require that you immediately recuse yourself. The information was only disclosed to me a couple of days ago.

1. At a hearing before you I mentioned, when I spoke, affidavits made by 3 tenants in my building, 1568 Drexel Ave, where the conservator Ramon Abadin and his Lawyer, Ms Damian, made antisemitic comments about me. When I wanted to mention you stopped me saying 'don't mention it but I've read it'. These affidavits were uploaded and are on the docket. I realized that if I mention the affidavits about antisemitism, it'll trigger media attention and a police investigation and you didn't want it in your court room and be part of it. I knew you were trying to protect and cover up Melanie Damian and Ramon Abadin from criminal investigation.

In fact, Melanie Damian is the only person that you called her 'Melanie Damaian', instead of Ms or Mr, as you call everybody else in your Court room. This woman has special treatment, either through your personal friendship and financial connections, or through her sister Melissa Damian, a magistrate Judge.

1

Damian was against me in the past, in a litigation, I was represented by Kluger, Kaplan, Silverman, Katzen and Levine (KKSKL), she is far from objective. She called David Winker (David) and threatened him that he must resign from representing me, I filed a lawsuit against her for tortious interference.

I'm aware that you are Jewish, I know you're not antisemitic, although I've seen such cases before. One example, is Senator Saunders, who run against President Biden for the presidency, he is jewish but made an implied antisemitic comments. Everyone saw the intensive commercials campaign financed by the Anti Defamation League (ADL) against him during the presidential debates, they were determined to stop him. However, you helped Melanie Damian and Ramon Abadin due to personal friendship and possible financial gains to avoid criminal prosecution. Antisemitism is criminal, it is in the constitution, so is spreading it. You helped them spread it.

Helping those who advocate antisemitic ideas are also guilty in antisemitism. Such activities are criminal.If this matter escalates, it is inevitable that it'll trigger media attention and that the ADL will be involved with the litigation.

At a hearing about fees for the conservator and his lawyer, Ms Damian, a hearing I attended and spoke, you did not issue any conservator certificate. However, shortly after it you issued a $300K certificate although they never did any work and never collected any rent. Not only this, I've just been informed, 2 days ago, that you authorized a payment to them of around $150K (can not remember the exact amount), mainly for their efforts in advocating and spreading anti semitism. You never tried to discipline them for their criminal activities or refer them to the police. Now you're implicated with their criminal activities.

My parents are of German origin, they are holocaust survivors, I was born and raised in Israel. I, as a kid, listened to my parents stories about the holocaust with disbelief, particularly when my Mother was ordered to leave the school, as a 7 years old girl, because she was Jewish. This happened despite the fact that my Grandfather was a prominent person and a very wealthy businessman. Obviously, they lost all their properties as a result.

You first said that you would rule by Labor day, then you kept postponing it , at one point you said you'll rule the next day or the following day, then you once again kept postponing it, again you didn't tell the truth. You postponed it as someone spoke with you, could be someone paid by Kalb or Damian's, or Damian's sister, who is a magistrate Judge, or by asking another Judge to persuade you. It is clear that you changed your decision as time went by. I'll seek to depose your law clerk and subpoena documents between yourself and your law clerk, and yourself and Damian, Melissa Damian,Judge Guzman, Abadin, Rodrigues, Kalb or any communications involving yourself relating to this case or this property.

My Father, a general in the Israeli army and a successful businessman, never wanted to discuss it and refused any payments from Germany as compensation. Germany today is different, I find the people very nice and civilized. Around 12 years ago, I bought 2 hotels in Berlin, with an Israeli partner who was also

2

my partner in real estate in NY, he's one of the richest people in the world, not just in Israel, a very successful high tech entrepreneur. The reason was to show the German people that despite what they did to our parents we're back and we'll own all of Berlin. Although most German people speak English fluently, I insisted on speaking Hebrew in meetings and brought a translator, although I speak English fluently. I suggested to my partner to stop investing in Berlin and instead invest in London, we both used to live in London at the time, he refused saying he wants to buy all of Berlin. I'll fight antisemitism as hard as I can, I'm prepared to sacrifice my life for it. I used to work for some of the biggest companies in the world, I never came across antisemitism, only in Miami and in your Court room, when you presiding over 2 of my cases. I keep the Anti defamation League (ADL) informed and they confirmed that in case of appeal they will get involved with this case. This is a powerful organization, they do have the antisemitic affidavits. I'm confident they will escalate it to the highest levels, including the State Attorney, let alone that such criminal activities happen in Court. I trust this case will attract intensive media attention, I have passed the affidavits to the media.

You confirmed you read the antisemitic affidavits made by 3 tenants who reside in 1568 Drexel Ave, you asked me not to mention it when I spoke but you said you've read it, it is in the transcript.

In the same hearing you implied that you understood that the conservator and his lawyer are corrupt, you even said that you'll ask me to testify under oath to prove that Russell Landy, the conservator's Lawyer, is not telling the truth.

I realized you were covering up antisemitism as soon as I saw your order awarding condervator certificate for $300K and now I just realized that you auhoterized without a hearing, allowing them around $150K in legal fees mainly for making antisemitic comments to my tenants, and also to encourage them to continue with their antisemitic campaign.

Antisemitism is criminal and your cooperation with them have serious implications. Better to recuse yourself then face appeal on the recsal which will trigger intensive media involvement, law enforcement and involvement by the ADL. The consequences for you will be very serious indeed. You must recuse yourself.

2. I've just been informed, 4 days ago, that you are an ex law partner of Mr Rosendorf and still have financial involvement with him, he is the other party's Lawyer.

Furthermore, I'm told that he still has your personal cell phone number. Mr Stuart Kalb said after the SJ hearing that he won, before you published your laughable decision, interesting how he knew it.....? Was it Damian, Abadin, Rosendorf or yourself that informed him?

3

All the above has never been disclosed and require an immediate recusal.

**I'll now disclose for the first time, I didn't do it until now as I thought it was not necessary, I wanted to keep it for my damages claim against Rodriguez, Kalb and the rest of the criminal gang involved with these crimes. I knew that Kalb and Rodriguez were going to be in a public building some time ago. I sent someone there who recorded them in the corridor of this public building, such recording in a public space is legal. In this recording, Kalb is telling Rodriguez that if I file for Bankruptcy, then they (Rodrigue/Kalb) would lose, the tape is available, I'm saying it under penalty of perjury. Kalb then ask Rodriguez to arrange 3 prostitutes for the night and ask him for the cost..... So, Kalb knows he was losing in BK, but Judge Laurel M Isicoff does not and thinks he is wrong.....I assume this was the reason he had to find someone to influence you....This seems like we live in a corrupt 3rd world country. I repeat, I've the recording and it'll be used. I've not disclosed it until now for a reason. During the hearing, I wanted to say that I request a trial as there are issues of fact and that I have the recording. You didn't let me speak, as it would ruin your hidden agenda. You can not stop me from having a trial.**

Some issues with your statements in Court towards me, decisions, or deliberate omissions of issues raised at hearings are also clear reasons that necessitate a recusal.

3. At a hearing on another case, 942 Pennsylvania (Penn) when I mentioned that the trustee is corrupt, acting like a mafia and I intend to bring the media, you ordered me to leave the Courtroom and didn't allow me to continue speaking. This is despite knowing that the estate has a debt of perhaps $500K, or none, and an asset worth $15M or higher, you allow him to repeatedly request Bank statements and invoices from 2-3 years ago, You even suggested that you will have no choice but to convert the case to chapter 7, to cause me a few more millions in damages, this is outrageous. This will never happen for as long as I'm alive. I'll never let it happen and you'll never be allowed to do it. It seemed like you were trying to blackmail me, at the request of Rodriguez/Kalb and Damian, who work closely with Mukamal.

4

A fair judicial system is the cornerstone of democracy, Miami lacks it. I never said it in NY or LA. I lost a few cases in NY, I never thought that a Judge is corrupt and I never filed a recusal motion in NY or LA. I know a Judge can make a mistake, here it's no mistake, you attempt to help this gang steal a $12M building. It'll only happen if something happens to me and I die.


4. I'm told that Mr Kalb, one of Ajar's owners, found a political connection that influenced you to rule in their favor and let them steal a $12M building for $5. This decision will never stand. I also have political contacts going up to the highest levels of US politics, that I never dared to use. I guess in Miami you have to.

A girl I dated 2 years ago, a young litigator at Greenberg Traurig, she just moved from NY a few months before I met her, she practiced law for 2 years at the time, told me 'you don't understand how corrupt the Court system in Miami is..... I told her I had an issue with Judge Martin Zilber, I thought he was corrupt, she said had I known it, we held a fundraising event for him a few weeks ago and I would have invited you, this would have solved your issue.....As it turned out I was correct, a few months later he was forced to resign for corruption and theft.


I'm saying it in open Court, feel free to send me to prison, the State Court in Miami is super corrupt, only few Judges are honest. As you remember, some 30 years ago all the Florida Supreme Court Judges were taken out of the Court house handcuffed, I'm sure this is going to happen again. The root of the corruption is the need by Judges to raise money for reelection, they must be corrupt. The big law firms use it to attract clients, they say we 'donate' a lot of money to Judges.... Alan Dimond, the CHief Litigator at Greenberg Traurig, that he went to Court with one of his clients, which I knew, 40 times he won 39 times, the implications was that he never loses....I was with Alan Dimond, before Judge Thomas, whom I found sharp and proactive. He challenged Alan with good questions, I think Alan forgot some of the issues, so I mentioned to one of his associates while he was speaking, the associate approached Alan and told it to him, but I doubt Alan understood it as he was talking to the Judge. When I realized I was going to lose, I asked the Judge to speak and said that I think that Alan forgot something. Judge Thomas said no, you're with the best Lawyer in Miami, it'll hurt you, I said no, I must speak. ALthough Alan was confused, it was clear the Judge was not going to rule against him because of who he is. Alan told Judge Thomas that he's going outside to speak to me. He tried to persuade me not to speak, I explained why I must speak and Alan agreed. Judge Thomas heard what I had to say and said that now he understands the case, he said he was happy I spoke. However, Thomas implied that I wouldn't lose because of my Lawyer.


5. DRO - This case is only about whether my deed from Drexel to DRO is valid. About 50 lawyers looked at the deed and said it was valid, it is a typo, not to mention that there is a clear case law that the Court can reform it even if it was a gift, which it was not, it says it was transferred for $10. You even said the intent of the deed was very clear, it says it in the body of the deed, to transfer it from Drexel to DRO. Your comments are reflected in the transcript. You said to Mark Roher (Mark) that ' I don't disagree that

5

the intent of the deed is very clear'....You also said that there is a case law allowing the Court to reform a deed.

Furthermore, a title company who was prepared to issue a title insurance for $12M confirmed the deed is valid. This title company checks thousands of deeds every year, that's their business, they saw it was just a typo. You said it's just a title company and you know better than their experts and lawyers..... Even property appraiser (PA) who initially invalidated it 6 months after it recorded it, has finally approved it as a valid deed a day after a hearing in which I reported on a criminal investigation involving Judge Guzman, Abadin, Damian, Rodrigues & Kalb. Apparently another Judge, Judge Isicoff is now helping them.

Judge Isicoff, I'm sorry, you don't know better from 500 Lawyers and 5000 experts in a title company who issue title insurance valued at Billions of dollars every year. You merely want to help this gang steal $12M. You'll never succeed in your plot.

6. You say that I had no authority from Drexel, as it says underneath my signature DRO, not Drexel, a typo. I gave an affidavit saying I had authority from Drexel, I was an owner of both Drexel and MPM. Above my signature it says Drexel, not DRO.....

7. You mentioned at the SJ hearing that there is a case law allowing the Court to reform a deed even if it was a gift, which it was not. You deliberately don't mention it in your decision.

8. This and other issues are issues of fact that cannot be determined by Summary Judgment, it requires a trial. Although I filed an MSJ, the other party responded with a cross-motion, this does not mean that we agreed that issues of fact can be determined by summary Judgment, such issues, by law, require a trial with witnesses. When we filed for MSJ, we didn't know that the other party would object to our affidavits and other issues, they filed an affidavit contradicting my affidavit. At the hearing, as an owner, I tried to say that I object to summary Judgment and require a trial. You insisted that I'm not allowed to speak, as you were determined to help AJAR steal a $12M building. This is a scandalous Judgment which must be vacated. A reconsideration hearing will be filed shortly. At the same time, It is clear that you are not a fair Judge and should not be allowed to preside over this case or any other case I'm involved with. A trial will take place regardless of your determination to help them steal a $12M property, you must follow the law. You're not below the law but you're not above the law.

An affidavit I filed a day later as a response to their filing. was not admitted by you as it was filed a day late. Bankruptcy Court is an equitable Court, my affidavit should have been admitted, let alone that I could not speak or comment during the SJ hearing, as you refused me a trial with witnesses. This affidavit included the statute, case laws, among other issues on NOC, construction agreements and liens, you deliberately refused to admit it, as it was against Ajar. You cannot keep breaking the law.

6

This further shows your intentions in this case. As soon as you refused to admit my affidavit, I realized that you already decided on your ruling before the hearing and the hearing was merely a show orchestrated by Judge Isicoff.

9. The transfer to DRO was not because of Opustone Judgment, the deed was filed online about a week before it was recorded, it takes a few days for it to be recorded and submitted online through deed.com, so it wasn't just 5 hours as you say, you should check the facts before you make baseless and misleading statements, this is another reason why a trial is necessary. Regardless, DRO deed was recorded before any Court order. You said that I prepared and recorded it 5 hours before the Judgment, this is completely untrue and just another fabrication. How can you not let me speak and then make untrue statements. Again, I assume you knew it and this was the reason you didn't want a trial. You also say that from the time I purchased it in 2013, the shareholder was always MPM 17A LLC. You know full well that in 2014 & 2015 it was owned by Marina Plaza 17A SA, you can check the annual returns on sunbiz. Again, you state in your decision untrue facts and don't allow trial. A trial will take place, unless your fabricated decision is reversed before it, as it should be.

10. Even if it was transferred because of a Judgment, which it was not, the Judgment with treble damages was for $100K, so one can get $100K (that includes treble damages and legal fees), the balance goes back to the owner, not $12M, particularly that the $100K has already been paid.

As far as the Opustone Judgment, I was in hospital and could not have produced critical documents. You state that Judge Butchko said it was 'theft', if one reads the appeal, it is clear I had a solid defense. I know the appeal was dismissed, but not on the merit, our response was not filed timely. Judge Buthchko ruled against me before and was overruled, similar to most of her rulings. Recently she rescued herself after it was claimed that she was having an affair with the Lawyer of the other party. I also have knowledge that Rodriguez and Kalb found a way to 'influence' her. Her judicial career will soon be over, the vast majority of her decisions are being overruled.

If she mentioned 'theft', this is unbelievable, I knew that Rodriguez/Kalb had a way to influence her. Anyone who reads the appeal can see that the story is quite different.

Since I'm investing in Miami, I paid contractors and suppliers over $1.5M, for work or supplies that have never been delivered. Miami is full of fraud and one has to be careful. In NY it's difficult to agree on a deal, but once agreed it is usually honored, unlike in Miami.

7

11. Towards the end of the SJ hearing, David Winker (David), gave you the following example: He sells Judge Isicoff a property for $1M, David signed it as the grantor but underneath his signature he makes a typo and writes Judge Isicoff. You pay him the $1M and get the keys. After a month David comes to you saying he no longer has the $1M but asks you to leave the house as the deed has a typo error (as above), so Judge Isicoff lost her $1M. David finished by saying that this can't be the LAW....If this is possible, one can start a business by collecting $1M for a deed and then evict the purchaser after a month, easy way to make a Billion dollars quickly... In your decision, you encourage people to commit such fraud and crimes on other people, this isn't and will never be the law. When David finished, I watched you and you nodded with your head agreeing with David, you never said a word as you knew it would be against AJAR. No one can have an answer to this issue, you don't even mention it in your decision as it would ruin your case to help them steal a $12M building. In other words, I can sell properties worth, for example, $1M for $500K, spell my last name with double F instead of one F, and evict the buyer after a day, saying the deed is invalid....I can now, with your ridiculous Judgment, steal $1B every month... Your decision is not a Judgment, it is a patent to 'legally' steal a $1B in a short time. Your Judgment is criminal and needs to be reviewed by the State Attorney and the FBI before it is too late.

I might resort to writing a book named "How to legally steal $1B in a short time, a patent devised by Judge Laurel M Isicoff'.......This would be a bestseller....

12. It seems to me that the only reason you ruled in this way was to perhaps cause me to get a heart attack, etc. If this was your intention, I hope not, I think you're about to succeed.

I'm happy to die in the name of democracy, this will always be on your conscience. I was close to die numerous times when I was in the army, I'm not worried about it. I feel that I'm about to collapse, at least I'll die for a good cause.

I suffer from a rare medical condition, not sure what my life expectancy is, I'll not let anyone enter these buildings for as long as I'm alive. I'll fight it forever. Regardless of any Judgment, no one will enter these buildings and steal $12M for as long as I'm alive, I'll fight it forever.

13. We uploaded the Statue for NOC, liens and constructions contracts, you deliberately ignored the statues and ruled that NOC is only valid for 1 year. You know very well that an NOC is valid for 1 year or for as long as a permit is valid, in this case the permit is still valid. In fact, NOC is not even necessary to enforce a lien, the Statute is clear. If someone issues a loan they must seek confirmation that a contractor who is doing work based on a permit is paid in full at the time of the issuance of the loan. Such confirmation has the same effect as notice of termination of NOC, when there is no NOC on record. This is the Statute and there are over 100 case laws.

As far as construction expenses, the Statue is also clear, we uploaded it and you deliberately ignored it. No specific invoices are required, only an account statement which is provided in the construction agreement and the lien. Your stated reason isn't just super defective as it ignores Florida Statute, it shows your clear intention to help them steal a $12M property.

Your comments about NOC and liens are baseless and unsubstantiated, let alone that they contradict the Statute and case laws.

I wanted to have a trial where a prominent foreclosure lawyer can argue these issues, but you refused to let me have a fair trial with witnesses, or even speak so that I can demand it. It seems you deliberately ignored the law. There will be a trial regardless of your intentions, even if I need to go to the US supreme Court.

Although we'll shortly file for reconsideration, I think you should vacate your decision before we even file for reconsideration and at least order a trial, better if you consider the Statute and case laws, it'll be attached to our motion for reconsideration, it has already been uploaded,so it is on the docket. Nothing is wrong if you vacate this decision and order a trial. Everyone, including a Judge, can make a mistake. I hope it was a mistake, but the facts suggest otherwise.

When I said you're not above the law, I trust you remember that about 30 years ago all Florida Supreme Court Judgeswere taken out of the Court house handcuffed.....I do hope this will not happen to you.

I'll pursue it all the way, even if I need to go to the Supreme Court in Washington.

I ask for you to recuse yourself from this case and my other case before you. The way you act is a clear evidence that power corrupts, but I'm confident your actions in this case will be your downfall, a spectacular downfall. I'll not stop until I see it happening.

To be honest, I always enjoyed coming to your Courtroom, I was impressed with your wisdom and motherly approach. I'm saddened to see your other dark side, a corrupt Judge who will do anything to benefit their interest and their friends interests, this will not happen, not in this case and not while I'm alive.

I'm shocked to the extent that I can't eat or sleep, I didn't eat anything for 3 days.

Raz Ofer.

9